**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| SHAWN L. COCHRAN | Case No.:24-21849 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 07/30/2024 and confirmed on 10/03/2024. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,275.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,270.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 247.97 | |
|    Trustee Fee | 76.50 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 324.47 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PENNYMAC LOAN SERVICES LLC | 0.00 | 945.53 | 0.00 | 945.53 |
|     Acct: 1675 | | | | |
|   PENNYMAC LOAN SERVICES LLC | 24,462.41 | 0.00 | 0.00 | 0.00 |
|     Acct: 1675 | | | | |
|   US DEPARTMENT OF HUD** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2192 | | | | |
| | | | | 945.53 |
| **Priority** | | | | |
|   CHARLES J GRUDOWSKI ESQ(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN L. COCHRAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SHAWN L. COCHRAN | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRUDOWSKI LAW ASSOCIATES PC(*) | 3,800.00 | 247.97 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PENNYMAC LOAN SERVICES LLC | 1,456.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1675 | | | | |

| 24-21849 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

* * * N O N E * * *

---

Unsecured
| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| CAPIO PARTNERS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1998 | | | | |
| ENHANCED RECOVERY COMPANY++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0198 | | | | |
| SOUTHWEST CREDIT SYSTEMS* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5513 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 63.47 | 0.00 | 0.00 | 0.00 |
| Acct: G281 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CF | 522.00 | 0.00 | 0.00 | 0.00 |
| Acct: G281 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 533.54 | 0.00 | 0.00 | 0.00 |
| Acct: 1450 | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                                                945.53

TOTAL CLAIMED
PRIORITY            1,456.00
SECURED            24,462.41
UNSECURED            1.119.01

Date: 04/03/2025                                                  /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com